# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 13-45984 |
| | ) | |
| STEVEN H. BAHARY, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

## COVER SHEET FOR FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF <u>FIGLIULO & SILVERMAN, P.C. AS TRUSTEE'S COUNSEL</u>
(Local Rule 5082-1(A))

| | |
|---|---|
| Name of Applicant: | Figliulo & Silverman, P.C. |
| Authorized to Provide Professional Services to: | Michael K. Desmond, not individually but as Chapter 7 Trustee for the Estate of Steven H. Bahary |
| Date of Order Authorizing Employment: | February 25, 2014 [Dkt. No. 55] retroactive to Petition Date. |
| Period of Which Compensation is Sought: | October 1, 2017 through April 15, 2018 (allowance and payment) |
| Amount of Fees Sought: | $6,800.00 |
| Amount of Expenses Sought: | $ 15.26 |
| This is a(n):   Interim Application: ___ | Final Application:   X |

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| **Date Filed** | **Period Covered** | **Total Requested (Fees & Expenses)** | **Total Allowed (Fees & Expenses)** | **Fees & Expenses Previously Paid** |
|---|---|---|---|---|
| 10/5/2017 | 11/27/2013- 9/30/2017 | $55,055.78 | $55,055.78 | $55,055.78 |

Dated: May 15, 2018                Respectfully submitted,

**FIGLIULO & SILVERMAN, P.C.**

By: <u>/s/ *Michael K. Desmond*</u>

Michael K. Desmond (IL #6208809)
FIGLIULO & SILVERMAN, P.C.
Ten South LaSalle Street, Suite 3600
Chicago, Illinois 60603   (312) 251-4600

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | No. 13-45984 |
| | ) | |
| STEVEN H. BAHARY, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | |

**FINAL APPLICATION FOR ALLOWANCE**
**AND PAYMENT OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES OF**
**FIGLIULO & SILVERMAN, P.C., AS TRUSTEE'S COUNSEL**

Michael K. Desmond and the law firm of Figliulo & Silverman, P.C., collectively ("F&S"), counsel to Michael K. Desmond, not individually but as Chapter 7 Trustee (the "Trustee") for the bankruptcy estate ( the "Estate") of Steven H. Bahary (the "Debtor"), pursuant to Sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 5082-1 of the Bankruptcy Court for the Northern District of Illinois (the "Local Rules") requests the entry of an order allowing and paying its final application for an award of compensation and reimbursement of expenses in the above-captioned case (the "Application").

In its Application, F&S requests allowance and payment of final compensation of $6,800.00 for 19.5 hours of legal services rendered to the Trustee during the period October 1, 2017, through April 15, 2018 (the "Application Period"). In addition, F&S seeks reimbursement of actual, necessary out of pocket expenses totaling $15.26. Finally, F&S seeks final allowance of all fees and costs previously awarded to F&S. In support of its Application, F&S states as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (B), and (M).

3. The statutory predicates for the relief requested herein are Sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016(a), and Local Rule 5082-1.

## INTRODUCTION

4. On November 27, 2013 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Bankruptcy Court"), thereby commencing the above-entitled case and creating the Debtor's estate (the "Estate").

5. Michael K. Desmond became the duly appointed and qualified Chapter 7 Trustee.

6. On or about February 25, 2014, the Trustee retained F&S, retroactive to the Petition Date to assist him in this case in obtaining turnover of non-exempt property of the estate and pursue a sale of the real property.

## BACKGROUND

7. The Debtor was the sole owner of certain real property located at 1233 North Damen Avenue, Chicago, Illinois 60622 (the "Real Property"). The Real Property consisted of three occupied rental units.

8. The Trustee negotiated the sale of the Estate's right, title, and interest in Real Property located in Chicago, Illinois, negotiated the turnover of non-exempt funds in the Debtor's

bank accounts and stock brokerage accounts, and collected periodic wage garnishment payments from a pre-petition judgment in favor of the Debtor.

## **LEGAL SERVICES PERFORMED BY F&S**

9.      Legal services performed by F&S during the final Application Period consisted primarily of negotiating withdrawal of claims with secured creditors; drafting and filing claims objections, responding to motions to abandon properties, drafting proposed orders and managing other legal issues relating to the Estate.  By this Application, F&S seeks allowance and payment of final compensation of $6,800.00 for 19.5 hours of legal services rendered to the Trustee during the Application Period.

10.     In light of the number of hours spent by F&S rendering legal services to the Trustee in this case and the amount recovered on behalf of the estate, F&S submits that the amount for sought for payment in this Application is fair reasonable.

11.     Pursuant to Local Rule 5082-1(C), F&S has attached hereto as **Exhibit A** its detailed time records setting forth the date the work was performed, the attorney performing the work, a brief statement of the nature of the work, and the time expended and fee charged for the work described in the entry.

12.     Accordingly, pursuant to Local Rule 5082-1(B)(2), F&S seeks the allowance and payment of compensation of $6,800.00 for the legal services rendered to the Trustee during the Application Period.

## **NARRATIVE SUMMARY**

*(LOCAL RULE 5082-1(B))*

13.     Local Rule 5082-1(B)(1)(a) – During the Application Period, F&S performed a variety of services on the Trustee's behalf, which have been categorized into principal activities. A summary list of these principal activities and the total compensation requested in connection with each is as follows:

| Task | Hours | Fees |
|---|---|---|
| Drafting and filing Claims objections | 13.3 | $4,600.00 |
| Motions to Abandon Property | 1.0 | $ 250.00 |
| Preparation of Fee Application | 5.2 | $1,950.00 |
| Total | 19.5 | $ 6,800.00 |

14.     Local Rule 5082-1(B)(1)(b) – Narrative summaries of F&S's principal activities follow, including details as to individual tasks performed within each activity:

   (a) Drafting and filing claims Objections- The services under this task consisted of negotiating the withdrawal of secured claim of Citibank and drafting and filing claim objections to the claims of Napelton Enterprises and Bridgeview Bank, and court appearances regarding same. In connection with these services, F&S expended 13.3 hours and incurred $4,800.00 in fees during the Application Period.

   (b) Motions Abandon Property – F&S spent time responding to a motion to abandon the estate's interest in certain property and drafting an agreed order. In connection with these services, F&S expended 1.0 hours and incurred $250.00 in fees during the Application Period.

   (c) Application for Compensation – The services under this task consisted of court appearances in connection with F&S"s First Fee Application, reviewing and sorting time detail and preparation of this Final Application and exhibits. In connection with these services, F&S expended 5.2 hours and incurred $1,950.00 in fees during the final Application Period.

15.     Local Rule 5082-1(B)(1)(c) – By this Application, F&S seeks compensation of $1,575.00 for 4.2 hours of legal services in connection with the preparation of this Application.

16. Local Rule 5082-1(B)(1)(d) – A chart listing the name and position of each person with F&S who performed work on each task and activity, the approximate hours worked, and the total compensation sought for each person's work is attached as **Exhibit B**.

17. Local Rule 5082-1(B)(1)(e) – The chart attached as **Exhibit C** also sets forth the hourly rate for each professional and paraprofessional for whom compensation is requested, with the total number of hours expended by each person and the total compensation sought for each.

18. Local Rule 5082-1(B)(1)(f) – This is the Final Application filed by F&S for compensation and reimbursement of expenses.

19. Local Rule 5082-1(B)(1)(g) – F&S seeks the reimbursement of actual, necessary out of pocket expenses totaling $15.26. Invoices evidencing these expenses are attached hereto as **Exhibit D**.

20. All of the expenses for which F&S seeks reimbursement were actually incurred by F&S, were necessary for the proper representation of the Trustee in this case, and were specifically allocated to the Trustee's case. None of the expenses represents general overhead or other expenses unrelated to this case.

21. Local Rule 5082-1(B)(2) – F&S seeks the allowance and payment of compensation of $6,800.00 for 19.5 hours of legal services rendered to the Debtor and reimbursement of expenses of $15.26 incurred in connection with those services during the Application Period.

## DETAILED STATEMENT OF SERVICES
*(LOCAL RULE 5082-1(C))*

22. The Bankruptcy Rules require "[a]n entity seeking interim or final compensation for services, or reimbursement of necessary expenses, from the estate [to] file an application setting forth a detailed statement of (1) the services rendered, time expended and expenses incurred, and

5

(2) the amounts requested." Fed. R. Bankr. P. 2016(a). The Local Rules permit "[t]he applicant's detailed time records [to] constitute the detailed statement required by Fed. R. Bankr. P. 2016(a). Such statement must be divided by task and activity to match those set forth in the narrative description. Each time entry must state: (1) the date the work was performed, (2) the name of the person performing the work, (3) a brief statement of the nature of the work, (4) the time expended on the work in increments of tenth of an hour, and (5) the fee charged for the work described in the entry." Local R. 5082-1(C).

23.     The time detail attached as **Exhibit A** comply with the requirements of Bankruptcy Rule 2016(a) and Local Rule 5082-1(C), because all time is divided by tasks and activities that match the narrative descriptions in this Application, and all time entries state the date of the work, name of person performing the work, a brief description of the nature of the work, the time expended on the work in increments of tenth of an hour, and the fee charged for the work described.

## BASIS FOR RELIEF

24.     Pursuant to Sections 330 and 331 of the Bankruptcy Code and the generally applicable criteria with respect to time, nature, extent, and value of services performed, all of F&S's services are compensable and the compensation requested is fair and reasonable. All of the legal services performed by F&S during the final Application Period were required for the proper representation of the Trustee in this bankruptcy case.

25.     The compensation sought by F&S in this Application is for ordinary and necessary services rendered to the Trustee, and the fees sought are reasonable.

26.     In light of the number of hours spent by F&S rendering legal services to the Trustee in this case and the amount recovered on behalf of the estate, F&S submits that the amount for sought for payment in this Application is fair and reasonable.

27. F&S prepared this Application in accordance with the guidelines established by Bankruptcy Rule 2016, Local Rule 5082-1, and this Court. In addition to services provided directly for the benefit of the estate, F&S is also entitled to receive compensation for the preparation of this Application. *Pettibone*, 74 B.R. at 304.

28. Although the Court has discretion in reviewing a fee petition, it should exercise its discretion with care and fairness in order to promote the goal of inducing competent and capable attorneys to practice in the bankruptcy court. *See Pettibone*, 74 B.R. at 306. F&S has at all times acted specifically in the best interests of the Estate. All services performed by F&S and all expenses incurred were reasonable and necessary and for the benefit of the Debtor's bankruptcy estate.

29. F&S has not entered into an agreement or understanding of any kind, expressed or implied, with any entity to share in its compensation received or to be received by F&S for services rendered to the Trustee in this case.

## **NOTICE**

30. F&S has provided at least twenty-one days' notice of this Application to all parties registered with CM/ECF in this case, including Debtor, Debtor's counsel, and the Office of the United States Trustee. In addition, F&S has served this Application by first class U.S. mail on all creditors who have filed claims in this case.

WHEREFORE, Figliulo & Silverman, P.C. respectfully requests that this Court enter an order:

(a) Granting the relief requested in this Application;

(b) Allowing F&S final compensation in the amount of $6,800.00 for the legal services to the Trustee between October 1, 2017, through April 15, 2018;

(c) Allowing F&S final reimbursement of expenses in the amount of $15.26;

(d)     Allowance of final compensation of all fees and costs previously awarded to F&S;

(e)     Authorizing and directing the Trustee to pay to F&S $6,800.00 as compensation for the legal services rendered to the Trustee, and reimbursement of expenses in the amount of $15.26 between October 1, 2017, through April 15, 2018; and

(f)     Granting such other relief as this Court deems necessary or appropriate.

Dated:  May 15, 2018                    Respectfully submitted,

**FIGLIULO & SILVERMAN, P.C.**

By: /s/ *Michael K. Desmond*

Michael K. Desmond (IL #6208809)
FIGLIULO & SILVERMAN, P.C.
Ten South LaSalle Street, Suite 3600
Chicago, Illinois 60603
(312) 251-4600

## CERTIFICATE OF SERVICE

The undersigned attorney states that on May 15, 2018 a copy of the attached

**FIANAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF FIGLIULO & SILVERMAN, P.C., AS TRUSTEE'S COUNSEL**

will be served on all counsel listed below in accordance with the General Order on Electronic Case Filing and subject to the provisions of Fed. R. Civ. P. 5(b)(3), the Notice of Electronic Filing that is issued through the court's Electronic Case Filing System will constitute service under Fed. R. Civ. P. 5(b)(2)(D) and Fed. R. Crim. P. 49(b) as to all Filing Users in a case assigned to the court's Electronic Case Filing System.

And I hereby further certify that on May 15, 2018, I mailed by first class U.S. mail the **Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Figliulo & Silverman, P.C., as Trustee's Counsel** upon the parties listed on the Manual Service List below which includes all creditors who filed claims, by depositing same in the U.S. Mail before 5:00 p.m., proper postage prepaid.

/s/ Michael K. Desmond

**Mailing Information for Case 13-45984 [as of 5/15/2018]**

Electronic Service List:

- **Kevin A Ameriks**    kameriks@schainbanks.com
- **Robert R Benjamin**    rrbenjamin@gct.law, mperez@gct.law;myproductionss@gmail.com;tstephenson@gct.law;aleon@gct.law;r61390@notify.bestcase.com
- **Ross T Brand**    rbrand@klueverplatt.com, bknotice@klueverplatt.com
- **Bryan K Clark**    bclark@vedderprice.com
- **Monette W Cope**    ecfnil@weltman.com
- **Michael K Desmond**    mkd.trustee@fslegal.com, IL23@ecfcbis.com
- **Michael K Desmond**    mdesmond@fslegal.com, dorisbay@fslegal.com
- **Mark L Evans**    mlevans@beermannlaw.com
- **Meredith S Fox**    bknotice@klueverplatt.com
- **Rocio Herrera**    rherrera@noonanandlieberman.com, rherre6@gmail.com
- **Casey B Hicks**    chicks@weltman.com, ecfnil@weltman.com
- **Gregory J Jordan**    gjordan@jz-llc.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Kevin R Purtill**    kpurtill@chuhak.com, vjefferson@chuhak.com
- **Brianna M Sansone**    bsansone@taftlaw.com, wserritella@taftlaw.com;sfdocket@shefskylaw.com
- **Nancy J Townsend**    townsend@bcclegal.com, bertram@bcclegal.com
- **Toni Townsend**    toni.townsend@mccalla.com, northerndistrict@mccalla.com

**Manual Notice List -** <u>Via U.S. Mail</u>

Steven H. Bahary
6635 N. Longmeadow
Lincolnwood, IL 60712
*Debtor*

CitiMortgage, Inc.
P O Box 6941
The Lakes, NV 88901-6006

Recovery Management Systems Corporation
25 SE Second Avenue Suite 1120
Miami, FL 33131

Greg Jordan
Jordan & Zito, LLC
55 W. Monroe St., Suite 3600
Chicago, IL 60603

Lois West
Kutchins, Robbins & Diamond, Ltd.
35 E. Wacker Dr., Suite 1550
Chicago, IL 60601-2124

### LIST OF CREDITORS WHO FILED CLAIMS

| | |
|---|---|
| Discover Bank<br>DB Servicing Corporation<br>P.O. Box 3025<br>New Albany, OH 43054-3025<br>(Claim #1 & #2) | Bridgeview Bank Group<br>c/o Kevin Ameriks<br>4753 N. Broadway<br>Chicago, IL 60640-5266<br>(Claim #3) |
| American Express Bank, FSB<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701<br>(Claim #4) | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701<br>(Claim #5) |
| Wells Fargo Bank, N.A.<br>P.O. Box 29482<br>MAC 4101-08C<br>Phoenix, AZ 85038-9482<br>(Claim #6) | PNC Bank, N.A.<br>P.O. Box 94982<br>Cleveland, OH 44101-4982<br>(Claim #7) |
| PYOD, LLC its successors and assign as assignee of CitiBank, N.A.<br>Resurgent Capital Services<br>P.O. Box 19008<br>Greenville, SC 29602-9008<br>(Claim #8) | FirstMerit Bank, N.A.<br>Aronberg Goldgehn<br>c/o Brianna M. Sansone<br>330 N. Wabash Ave., Suite 1700<br>Chicago, IL 60611-7765<br>(Claim #9) |
| CitiMortgage, Inc.<br>P.O. Box 6030<br>Sioux Falls, SD 57117-6030<br>(Claim #10) | Napelton Enterprises, LLC<br>c/o Momkus McCluskey LLC,<br>Rachel Gould<br>1001 Warrenville Rd., Suite 500<br>Lisle, IL 60532-4306<br>(Claim #11) |