UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 13-45984 |
| | ) | |
| Steven H. Bahary, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |
| | ) | |

**PROOF OF SERVICE**

TO:   See attached Service List.

I, MICHAEL K. DESMOND, state that the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was served upon the parties named on the Manual Notice List on the attached Service List by depositing a copy of same in the U.S. Mail at 10 S. LaSalle Street, Chicago, IL 60603 on May 15, 2018 before the hour of 5:00 p.m., proper postage prepaid.

Dated:  May 15, 2018                                Respectfully submitted,

                                                    **FIGLIULO & SILVERMAN, P.C.**

                                                    By: /s/ *Michael K. Desmond*

Michael K. Desmond (IL #6208809)
FIGLIULO & SILVERMAN, P.C.
Ten South LaSalle Street
Suite 3600
Chicago, Illinois 60603
(312) 251-4600

# **SERVICE LIST**

**Mailing Information for Case 13-45984 [as of 5/15/2018]**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Kevin A Ameriks**    kameriks@schainbanks.com
- **Robert R Benjamin**    rrbenjamin@gct.law, mperez@gct.law;myproductionss@gmail.com;tstephenson@gct.law;aleon@gct.law;r61390@notify.bestcase.com
- **Ross T Brand**    rbrand@klueverplatt.com, bknotice@klueverplatt.com
- **Bryan K Clark**    bclark@vedderprice.com
- **Monette W Cope**    ecfnil@weltman.com
- **Michael K Desmond**    mkd.trustee@fslegal.com, IL23@ecfcbis.com
- **Michael K Desmond**    mdesmond@fslegal.com, dorisbay@fslegal.com
- **Mark L Evans**    mlevans@beermannlaw.com
- **Meredith S Fox**    bknotice@klueverplatt.com
- **Rocio Herrera**    rherrera@noonanandlieberman.com, rherre6@gmail.com
- **Casey B Hicks**    chicks@weltman.com, ecfnil@weltman.com
- **Gregory J Jordan**    gjordan@jz-llc.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Kevin R Purtill**    kpurtill@chuhak.com, vjefferson@chuhak.com
- **Brianna M Sansone**    bsansone@taftlaw.com, wserritella@taftlaw.com;sfdocket@shefskylaw.com
- **Nancy J Townsend**    townsend@bcclegal.com, bertram@bcclegal.com
- **Toni Townsend**    toni.townsend@mccalla.com, northerndistrict@mccalla.com

**Manual Notice List -** Via U.S. Mail

Steven H. Bahary
6635 N. Longmeadow
Lincolnwood, IL 60712
*Debtor*

CitiMortgage, Inc.
P O Box 6941
The Lakes, NV 88901-6006

Recovery Management Systems Corporation
25 SE Second Avenue Suite 1120
Miami, FL 33131

Greg Jordan
Jordan & Zito, LLC
55 W. Monroe St., Suite 3600
Chicago, IL 60603

Lois West
Kutchins, Robbins & Diamond, Ltd.
35 E. Wacker Dr., Suite 1550
Chicago, IL 60601-2124

## LIST OF CREDITORS WHO FILED CLAIMS

| | |
|---|---|
| Discover Bank<br>DB Servicing Corporation<br>P.O. Box 3025<br>New Albany, OH 43054-3025<br>(Claim #1 & #2) | Bridgeview Bank Group<br>c/o Kevin Ameriks<br>4753 N. Broadway<br>Chicago, IL 60640-5266<br>(Claim #3) |
| American Express Bank, FSB<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701<br>(Claim #4) | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701<br>(Claim #5) |
| Wells Fargo Bank, N.A.<br>P.O. Box 29482<br>MAC 4101-08C<br>Phoenix, AZ 85038-9482<br>(Claim #6) | PNC Bank, N.A.<br>P.O. Box 94982<br>Cleveland, OH 44101-4982<br>(Claim #7) |
| PYOD, LLC its successors and assign as assignee of CitiBank, N.A.<br>Resurgent Capital Services<br>P.O. Box 19008<br>Greenville, SC 29602-9008<br>(Claim #8) | FirstMerit Bank, N.A.<br>Aronberg Goldgehn<br>c/o Brianna M. Sansone<br>330 N. Wabash Ave., Suite 1700<br>Chicago, IL 60611-7765<br>(Claim #9) |
| CitiMortgage, Inc.<br>P.O. Box 6030<br>Sioux Falls, SD 57117-6030<br>(Claim #10) | Napelton Enterprises, LLC<br>c/o Momkus McCluskey LLC,<br>Rachel Gould<br>1001 Warrenville Rd., Suite 500<br>Lisle, IL 60532-4306<br>(Claim #11) |