## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### Eastern Division DIVISION

In re: BAHARY, STEVEN H.          §     Case No. 13-45984
                                  §
                                  §
                                  §
         Debtor(s)

---

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Michael Desmond, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $1,321,064.74 | Assets Exempt:  $33,839.00 |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants:  $631,202.58 | Claims Discharged Without Payment:  $5,135,537.05 |
| Total Expenses of Administration:  $213,243.34 | |

3) Total gross receipts of $844,445.92 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $844,445.92 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $4,086,544.00 | $963,612.19 | $559,252.74 | $559,252.74 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $213,243.34 | $213,243.34 | $213,243.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $17,270.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $6,449,194.44 | $1,495,787.52 | $712,048.21 | $71,949.84 |
| **TOTAL DISBURSEMENTS** | $10,553,008.44 | $2,672,643.05 | $1,484,544.29 | $844,445.92 |

4) This case was originally filed under chapter 7 on 11/27/2013.  The case was pending for 56 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:      08/03/2018

By: /s/ Michael  Desmond

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Two Flat Residential 1233 North Damen Chicago, IL 60622 | 1110-000 | $775,247.45 |
| Sum held by former Receiver or Chuhak & Tecson, P.C. in escrow pursuant to Order of Court entered on October 31, 2012 in | 1249-000 | $10,425.00 |
| Investrade See SOFA 10 | 1129-000 | $16,978.54 |
| Bank of America checking Account | 1129-000 | $17,265.18 |
| Law Offices of Abid Sabeeh held in client trust account proceeds of wage garnishment in Bahary v. Jones, 11 M1 723924, C | 1229-000 | $734.07 |
| Abdul Jones Sr. d/b/a The Cigar Shop | 1249-000 | $23,795.68 |
| **TOTAL GROSS RECEIPTS** | | **$844,445.92** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | None | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chicago Title & Trust | 4110-000 | NA | $152,189.46 | $152,189.46 | $152,189.46 |
| | Chicago Title & Trust | 4110-000 | NA | $407,063.28 | $407,063.28 | $407,063.28 |
| 10 | CitiMortgage, Inc. | 4110-000 | $406,213.00 | $404,359.45 | $0.00 | $0.00 |
| N/F | 650 Brooklyn, LLC | 4110-000 | $857,088.00 | NA | NA | NA |
| N/F | Agnes Donnadieu c/o Beermann Pritkin Mirabelli Swer | 4110-000 | $0.00 | NA | NA | NA |
| N/F | American Credit Enterprises, Inc Auto Loan | 4110-000 | $33,716.00 | NA | NA | NA |
| N/F | Ann Bannister c/o Beermann Pritkin Mirabelli Swer | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Chase | 4110-000 | $148,404.00 | NA | NA | NA |
| N/F | Chase Bank | 4110-000 | $907,564.00 | NA | NA | NA |
| N/F | Fairview Lofts Condominium Associat c/o Beermann Pritkin Mir | 4110-000 | $40,928.00 | NA | NA | NA |
| N/F | First City Servicing Corp | 4110-000 | $237,151.00 | NA | NA | NA |
| N/F | First City Servicing Corp. | 4110-000 | $449,988.00 | NA | NA | NA |
| N/F | Iwona Niekrasz c/o Beermann Pritkin Mirabelli Swer | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Julie Sherman c/o Beermann Pritkin Mirabelli Swer | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Khurran Siddiqi c/o Beermann Pritkin Mirabelli Swer | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Long Barnes c/o Beermann Pritkin Mirabelli Swer | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Northeast Investments, LLC | 4110-000 | $857,088.00 | NA | NA | NA |
| N/F | SPS Portfolio Servicing, Inc. | 4110-000 | $148,404.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$4,086,544.00** | **$963,612.19** | **$559,252.74** | **$559,252.74** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Michael K. Desmond | 2100-000 | NA | $45,472.30 | $45,472.30 | $45,472.30 |
| Attorney for Trustee Fees - Figliulo & Silverman, P.C. | 3110-000 | NA | $61,001.50 | $61,001.50 | $61,001.50 |
| Attorney for Trustee, Expenses - Figliulo & Silverman, P.C. | 3120-000 | NA | $869.54 | $869.54 | $869.54 |
| Costs re Sale of Property - Chicago Title & Trust | 2500-000 | NA | $22,229.60 | $22,229.60 | $22,229.60 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $12,046.13 | $12,046.13 | $12,046.13 |
| Income Taxes - Internal Revenue Service (post-petition) - United States Treasury | 2810-000 | NA | $21,197.65 | $21,197.65 | $21,197.65 |
| Other State or Local Taxes (post-petition) - Illinois Department of Revenue | 2820-000 | NA | $9,878.00 | $9,878.00 | $9,878.00 |
| Other State or Local Taxes (post-petition) - State of Illinois Department of Revenue | 2820-000 | NA | -$19.38 | -$19.38 | -$19.38 |
| Accountant for Trustee Fees (Other Firm) - Popowcer Katten Ltd | 3410-000 | NA | $2,568.00 | $2,568.00 | $2,568.00 |
| Realtor for Trustee Fees (Real Estate Commissions) - Chicago Title & Trust | 3510-000 | NA | $38,000.00 | $38,000.00 | $38,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$213,243.34** | **$213,243.34** | **$213,243.34** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | None | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Ana L. Zamora and Yesenia Martinez | 5800-000 | $3,120.00 | NA | NA | NA |
| N/F | Best Chicago Meat Co. | 5800-000 | $4,500.00 | NA | NA | NA |
| N/F | Gabriela Nazario | 5800-000 | $800.00 | NA | NA | NA |
| N/F | Jesse Camargo, Rosario Camargo | 5800-000 | $1,200.00 | NA | NA | NA |
| N/F | Kristen Winterhalter | 5800-000 | $1,300.00 | NA | NA | NA |
| N/F | Mary Pearson, Nicole Godal, Blake Fowles, Katherine McCarthy | 5800-000 | $5,000.00 | NA | NA | NA |
| N/F | Rebecca H. Bell | 5800-000 | $1,350.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$17,270.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | Discover Bank | 7100-000 | $3,376.61 | $4,917.09 | $4,917.09 | $496.86 |
| 2 | Discover Bank | 7100-000 | $9,210.23 | $9,184.37 | $9,184.37 | $928.05 |
| 3 | Bridgeview Bank Group | 7100-000 | $245,417.00 | $245,417.00 | $0.00 | $0.00 |
| 4 | American Express Bank, FSB | 7100-000 | $7,134.91 | $6,903.91 | $6,903.91 | $697.61 |
| 5 | American Express Centurion Bank | 7100-000 | $3,955.82 | $3,955.82 | $3,955.82 | $399.72 |
| 6 | Wells Fargo Bank, National Association | 7100-000 | $37,560.66 | $37,581.29 | $37,581.29 | $3,797.45 |
| 7 | PNC BANK National Association | 7100-000 | $5,007.85 | $5,025.14 | $5,025.14 | $507.77 |
| 8 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $4,404.06 | $4,366.03 | $4,366.03 | $441.17 |
| 9 | The Huntington National Bank | 7100-000 | $1,637,688.62 | $1,178,436.87 | $640,114.56 | $64,681.21 |
| 11 | Napleton Enterprises, LLCc/o Momkus McCluskey LLC, Rachel | 7200-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| N/F | Abid Sabeeh | 7100-000 | NA | NA | NA | NA |
| N/F | Abid Sabeeh | 7100-000 | NA | NA | NA | NA |
| N/F | American Express | 7100-000 | $7,134.91 | NA | NA | NA |
| N/F | American Express | 7100-000 | $8,307.84 | NA | NA | NA |
| N/F | American Express | 7100-000 | $3,955.82 | NA | NA | NA |
| N/F | American Express | 7100-000 | $5,123.24 | NA | NA | NA |

| N/F | American Express | 7100-000 | $8,307.84 | NA | NA | NA |
| N/F | American Express | 7100-000 | $5,123.24 | NA | NA | NA |
| N/F | Banco Popular c/o Chuhak & Tecson | 7100-000 | NA | NA | NA | NA |
| N/F | Banco Popular c/o Chuhak & Tecson | 7100-000 | NA | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $18,849.08 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $3,924.21 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $5,336.25 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $8,709.40 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $20,619.26 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $3,924.21 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $8,709.40 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $7,955.11 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $4,876.86 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $3,355.54 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $18,849.08 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $5,336.25 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $4,876.86 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $20,619.26 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $7,955.11 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $3,355.54 | NA | NA | NA |
| N/F | Bank of America Business Card | 7100-000 | NA | NA | NA | NA |

| N/F | Bank of America Business Card | 7100-000 | NA | NA | NA | NA |
|---|---|---|---|---|---|---|
| N/F | Chase | 7100-000 | $2,793.46 | NA | NA | NA |
| N/F | Chase | 7100-000 | $3,905.96 | NA | NA | NA |
| N/F | Chase | 7100-000 | $2,793.46 | NA | NA | NA |
| N/F | Chase | 7100-000 | $3,905.96 | NA | NA | NA |
| N/F | Chase Cardmember Service | 7100-000 | $2,250.13 | NA | NA | NA |
| N/F | Chase Cardmember Service | 7100-000 | $3,581.67 | NA | NA | NA |
| N/F | Chase Cardmember Service | 7100-000 | $3,962.55 | NA | NA | NA |
| N/F | Chase Cardmember Service | 7100-000 | $1,209.77 | NA | NA | NA |
| N/F | Chase Cardmember Service | 7100-000 | $2,250.13 | NA | NA | NA |
| N/F | Chase Cardmember Service | 7100-000 | $3,581.67 | NA | NA | NA |
| N/F | Chase Cardmember Service | 7100-000 | $3,962.55 | NA | NA | NA |
| N/F | Chase Cardmember Service | 7100-000 | $1,209.77 | NA | NA | NA |
| N/F | Chase Cardmember Services | 7100-000 | $3,540.11 | NA | NA | NA |
| N/F | Chase Cardmember Services | 7100-000 | $15,239.65 | NA | NA | NA |
| N/F | Chase Cardmember Services | 7100-000 | $3,540.11 | NA | NA | NA |
| N/F | Chase Cardmember Services | 7100-000 | $15,239.65 | NA | NA | NA |
| N/F | Citi Card Processing Center | 7100-000 | $378.09 | NA | NA | NA |
| N/F | Citi Card Processing Center | 7100-000 | $378.09 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Citi Cards Processing Center | 7100-000 | $332.89 | NA | NA | NA |
| N/F | Citi Cards Processing Center | 7100-000 | $31.33 | NA | NA | NA |
| N/F | Citi Cards Processing Center | 7100-000 | $224.00 | NA | NA | NA |
| N/F | Citi Cards Processing Center | 7100-000 | $332.89 | NA | NA | NA |
| N/F | Citi Cards Processing Center | 7100-000 | $31.33 | NA | NA | NA |
| N/F | Citi Cards Processing Center | 7100-000 | $4,404.06 | NA | NA | NA |
| N/F | Citi Cards Processing Center | 7100-000 | $224.00 | NA | NA | NA |
| N/F | CitiBusiness Card Processing Center | 7100-000 | $332.89 | NA | NA | NA |
| N/F | CitiBusiness Card Processing Center | 7100-000 | $7,559.62 | NA | NA | NA |
| N/F | CitiBusiness Card Processing Center | 7100-000 | $332.89 | NA | NA | NA |
| N/F | CitiBusiness Card Processing Center | 7100-000 | $7,559.62 | NA | NA | NA |
| N/F | Citicards Processing Center | 7100-000 | $5,068.11 | NA | NA | NA |
| N/F | Citicards Processing Center | 7100-000 | $5,068.11 | NA | NA | NA |
| N/F | Corey Berman | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Corey Berman | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Delarad, Inc. | 7100-000 | $25,000.00 | NA | NA | NA |
| N/F | Delarad, Inc. | 7100-000 | $25,000.00 | NA | NA | NA |
| N/F | Discover | 7100-000 | $2,681.23 | NA | NA | NA |
| N/F | Discover | 7100-000 | $9,210.23 | NA | NA | NA |
| N/F | Discover | 7100-000 | $3,376.61 | NA | NA | NA |

| N/F | Discover | 7100-000 | $2,681.23 | NA | NA | NA |
| N/F | Electronic Bill Payment Services | 7100-000 | $5,772.36 | NA | NA | NA |
| N/F | First Merit Bank | 7100-000 | NA | NA | NA | NA |
| N/F | First Merit Bank | 7100-000 | NA | NA | NA | NA |
| N/F | First Merit Bank c/o Aronberg, Goldgehn | 7100-000 | $1,637,688.62 | NA | NA | NA |
| N/F | First Midwest Bank | 7100-000 | NA | NA | NA | NA |
| N/F | First Midwest Bank | 7100-000 | $5,772.36 | NA | NA | NA |
| N/F | First Midwest Bank | 7100-000 | NA | NA | NA | NA |
| N/F | First Midwest Bank c/o David Kane Meltzer, Purtill & Stelle, | 7100-000 | NA | NA | NA | NA |
| N/F | George Svoboda | 7100-000 | $15,000.00 | NA | NA | NA |
| N/F | George Svoboda | 7100-000 | $15,000.00 | NA | NA | NA |
| N/F | Hammer Construction | 7100-000 | $15,000.00 | NA | NA | NA |
| N/F | Hammer Construction | 7100-000 | $15,000.00 | NA | NA | NA |
| N/F | Menards Capital One Commercial | 7100-000 | $1,634.90 | NA | NA | NA |
| N/F | Menards Capital One Commercial | 7100-000 | $1,634.90 | NA | NA | NA |
| N/F | Michael Bahary | 7100-000 | $325,772.16 | NA | NA | NA |
| N/F | Michael Bahary | 7100-000 | $325,772.16 | NA | NA | NA |
| N/F | Napleton Enterprises, LLC c/o David B. Sosin, Reg. Agent | 7100-000 | NA | NA | NA | NA |
| N/F | Nishay Sanan | 7100-000 | $20,000.00 | NA | NA | NA |
| N/F | Nishay Sanan | 7100-000 | $20,000.00 | NA | NA | NA |

| | | | | | | |
|-----|-------------------------------|----------|---------------|---------------|-------------|------------|
| N/F | Nore Kordvani | 7100-000 | $12,600.00 | NA | NA | NA |
| N/F | Nore Kordvani | 7100-000 | $12,600.00 | NA | NA | NA |
| N/F | Northwestern Memorial Hospital | 7100-000 | $3,481.00 | NA | NA | NA |
| N/F | Northwestern Memorial Hospital | 7100-000 | $3,481.00 | NA | NA | NA |
| N/F | PNC Bank | 7100-000 | $5,007.85 | NA | NA | NA |
| N/F | PNC Bank Card Services | 7100-000 | $6,081.05 | NA | NA | NA |
| N/F | PNC Bank Card Services | 7100-000 | $6,081.05 | NA | NA | NA |
| N/F | Popular Community Bank | 7100-000 | $784,795.14 | NA | NA | NA |
| N/F | Popular Community Bank | 7100-000 | $784,795.14 | NA | NA | NA |
| N/F | Wells Fargo | 7100-000 | $37,560.66 | NA | NA | NA |
| N/F | Wells Fargo Payment Remittance Center | 7100-000 | $38,265.10 | NA | NA | NA |
| N/F | Wells Fargo Payment Remittance Center | 7100-000 | $38,265.10 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$6,449,194.44** | **$1,495,787.52** | **$712,048.21** | **$71,949.84** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

**Case No.:**  13-45984

**Case Name:**  BAHARY, STEVEN H.

**For Period Ending:**  08/03/2018

**Trustee Name:**  (330623) Michael Desmond

**Date Filed (f) or Converted (c):**  11/27/2013 (f)

**§ 341(a) Meeting Date:**  01/16/2014

**Claims Bar Date:**  05/27/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Dwelling 6635 North Longmeadow Lincolnwood, IL 60712 | 600,000.00 | 0.00 | | 0.00 | FA |
| 2 | Two Flat Residential 1233 North Damen Chicago, IL 60622 | 435,000.00 | 0.00 | | 775,247.45 | FA |
| 3 | Two Story, Commercial and Residential 2209 N. Cierco Chicago, IL 60639 | 95,000.00 | 0.00 | | 0.00 | FA |
| 4 | Warehouse 4706-08 West Armitage Chicago, IL 60639 | 215,000.00 | 0.00 | | 0.00 | FA |
| 5 | Four Units Mixed Use 525-27 North Ashland Chicago, IL 60622 | 325,000.00 | 0.00 | | 0.00 | FA |
| 6 | Vacant Lot 1348 W. Augusta Chicago, IL 60622 | 37,000.00 | 0.00 | OA | | FA |
| 7 | Chase checking Account | 6.66 | 0.00 | | 0.00 | FA |
| 8 | Bank of America checking Account | 17,265.18 | 16,771.84 | | 17,265.18 | FA |
| 9 | Bridgeview Bank checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 10 | First Midwest checking Account | 1,019.08 | 1,019.08 | | 0.00 | FA |
| 11 | Investrade See SOFA 10 | 20,769.19 | 16,836.06 | | 16,978.54 | FA |
| 12 | Household goods | 2,500.00 | 0.00 | | 0.00 | FA |
| 13 | Necessary Wearing Apparel | 250.00 | 0.00 | | 0.00 | FA |
| 14 | Watch | 1,000.00 | 0.00 | | 0.00 | FA |
| 15 | Turse 38 mm | 100.00 | 100.00 | | 0.00 | FA |
| 16 | Prudential Universal Life | 12,189.00 | 0.00 | | 0.00 | FA |
| 17 | 50 % interest in ZARD Development, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 18 | 50% interest in MMH, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 19 | FOID | 0.00 | 0.00 | | 0.00 | FA |
| 20 | 2011 MB E350 | 32,000.00 | 0.00 | | 0.00 | FA |
| 21 | Abdul Jones Sr. d/b/a The Cigar Shop (u)<br><br>Not originally scheduled; | 28,212.94 | 28,212.94 | | 23,795.68 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 2

**Case No.:**  13-45984
**Case Name:**  BAHARY, STEVEN H.

**For Period Ending:**  08/03/2018

**Trustee Name:**  (330623) Michael Desmond
**Date Filed (f) or Converted (c):**  11/27/2013 (f)
**§ 341(a) Meeting Date:**  01/16/2014
**Claims Bar Date:**  05/27/2014

| | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 22 | Sum held by former Receiver or Chuhak & Tecson, P.C. in escrow pursuant to Order of Court entered on October 31, 2012 in the Circuit Court of Cook County, Illinois in case no. 10 CH 36519 (may be subject to Lien claim of 650 Brooklyn, LLC) (u)<br><br>Not originally scheduled: | 20,850.00 | 20,850.00 | | 10,425.00 | FA |
| 23 | Law Offices of Abid Sabeeh held in client trust account proceeds of wage garnishment in Bahary v. Jones, 11 M1 723924, Circuit Court of Cook County, Illinois (u)<br><br>Not originally scheduled; | 734.07 | 734.07 | | 734.07 | FA |
| 24* | VOID (u)<br>Refund of overpayment from 2014 Illinois State estate tax return (See Footnote) | VOID | VOID | VOID | VOID | VOID |
| **24** | Assets Totals (Excluding unknown values) | **$1,843,896.12** | **$84,523.99** | | **$844,445.92** | **$0.00** |

RE PROP# 24    Refund of overpayment from 2014 Illinois State estate tax return

**Major Activities Affecting Case Closing:**

Trustee preparing final fee applications, reviewing claims and preparing Final Report

**Initial Projected Date Of Final Report (TFR):**  12/31/2015        **Current Projected Date Of Final Report (TFR):**  04/23/2018 (Actual)

08/03/2018
Date

/s/Michael Desmond
Michael Desmond

Exhibit 9
Page:  1

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-45984 | |
| **Case Name:** | BAHARY, STEVEN H. | |
| **Taxpayer ID #:** | **-***4218 | |
| **For Period Ending:** | 08/03/2018 | |

| | |
|---|---|
| **Trustee Name:** | Michael Desmond (330623) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0466 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/27/14 | {8} | Bank of America<br><br>San Antonio, TX | proceeds from Bank of America security deposit account. | 1129-000 | 17,265.18 | | 17,265.18 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.00 | 17,241.18 |
| 04/23/14 | {22} | Chuhak & Tecson, P.C.<br><br>30 S. Wacker Dr., Suite 2600<br>Chicago, IL 60606-7512 | Settlement with Banco Popular (order approving entered 4/15/14) | 1249-000 | 10,425.00 | | 27,666.18 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.45 | 27,636.73 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.75 | 27,596.98 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.36 | 27,558.62 |
| 07/19/14 | | Chicago Title & Trust<br><br>10 S. LaSalle St.<br>Chicago, IL 60603 | Proceeds on Sale of 1233 N. Damen | | 141,331.19 | | 168,889.81 |
| | {2} | | | 1110-000 | | | 168,889.81 |
| | | | | $760,000.00 | | | |
| | | | Ist Mortgage Citimortgage | 4110-000 | | | 168,889.81 |
| | | | | -$407,063.28 | | | |
| | | | 2nd Mortgage Chase | 4110-000 | | | 168,889.81 |
| | | | | -$152,189.46 | | | |
| | | | Brokers Commission | 3510-000 | | | 168,889.81 |
| | | | | -$38,000.00 | | | |
| | | | Other Closing Costs | 2500-000 | | | 168,889.81 |
| | | | | -$21,416.07 | | | |
| 07/19/14 | 101 | Chicago Title & Trust<br><br>10 S. LaSalle St.<br>Chicago, IL 60603 | Addiitional Interest on 1st Mortgage CitiMortgage 1233 Damen | 2500-000 | | 813.53 | 168,076.28 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 111.01 | 167,965.27 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 233.53 | 167,731.74 |
| 09/19/14 | {2} | Audley Management LLC<br><br>c/o Michael K. Desmond, as Ch. 7 Trustee, 1101 W. Lake St., Ste D<br>Chicago, IL 60607 | Remainder of Funds to Close Acct. ~1233 N. Damen | 1122-000 | 6,387.51 | | 174,119.25 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 259.79 | 173,859.46 |
| 10/01/14 | {21} | City of Chicago, Dept. of Finance | Payment from Wage Garnishment of Abdul Jones matter (Bahary v. | 1249-000 | 459.12 | | 174,318.58 |

Page Subtotals:  **$175,868.00**  **$1,549.42**

{ } Asset Reference(s)       UST Form 101-7-TDR ( 10 /1/2010)       ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page:  2

| Case No.: | 13-45984 | | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|---|
| Case Name: | BAHARY, STEVEN H. | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4218 | | Account #: | ******0466 Checking Account |
| For Period Ending: | 08/03/2018 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | 333 South State Street, Suite 320 Chicago, IL 60604 | Abdul Jones, The Cigar Stop, 11 M1 723924)  This will be ongoing. | | | | |
| 10/02/14 | | Abid Sabeeh, Attorney 1897 Sunset Drive Hannover Park, IL 60133 | Garnishment Funds Balance Bahary v. Jones from Sabeeh, Atty. | | 7,620.87 | | 181,939.45 |
| | {23} | | | 1229-000 $734.07 | | | 181,939.45 |
| | {21} | | | 1249-000 $6,886.80 | | | 181,939.45 |
| 10/10/14 | {2} | Kristen Winterhalter 1233 N. Damen, Unit 1F Chicago, IL 60622 | Settlement of Rent Payments from Winterhalter - (order dated 10/7/14) | 1122-000 | 1,882.93 | | 183,822.38 |
| 10/22/14 | {21} | City of Chicago, Dept. of Finance 333 South State Street, Suite 320 Chicago, IL 60604 | Payment from Wage Garnishment of Abdul Jones matter (Bahary v. Abdul Jones, The Cigar Stop, 11 M1 723924)  This will be ongoing. | 1249-000 | 459.12 | | 184,281.50 |
| 10/22/14 | {21} | City of Chicago, Dept. of Finance 333 South State Street, Suite 320 Chicago, IL 60604 | Payment from Wage Garnishment of Abdul Jones matter (Bahary v. Abdul Jones, The Cigar Stop, 11 M1 723924)  This will be ongoing. | 1249-000 | 459.12 | | 184,740.62 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 271.16 | 184,469.46 |
| 11/07/14 | {21} | City of Chicago, Dept. of Finance 333 South State Street, Suite 320 Chicago, IL 60604 | Payment from Wage Garnishment of Abdul Jones matter (Bahary v. Abdul Jones, The Cigar Stop, 11 M1 723924)  This will be ongoing. | 1249-000 | 459.12 | | 184,928.58 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 239.17 | 184,689.41 |
| 12/04/14 | | FirstSouthwest 325 N. St. Paul, Suite 800 Dallas, TX 75201 | Settlement Payment re: ~1) Order dated 8/20/14 (Dkt #115) $6,977.01 (post-petition rent settlement with Mrs. Bahary - 1233 N. Damen)~2) Order dated 8/20/14 (Dkt #114) $16,978.54 (Settlement of Debtor's Interest in Investrade Acct.) | | 23,955.55 | | 208,644.96 |
| | {2} | | Poat-Petition Rents from 1233 N. Damen $6,977.01 | 1122-000 | | | 208,644.96 |
| | {11} | | Net Proceeds on Investtrade Account $16,978.54 | 1129-000 | | | 208,644.96 |
| 12/04/14 | {21} | City of Chicago, Dept. of Finance 333 South State Street, Suite 320 | Payment from Wage Garnishment of Abdul Jones matter (Bahary v. Abdul Jones, The Cigar Stop, 11 M1 723924)  This will be ongoing. | 1249-000 | 459.12 | | 209,104.08 |

Page Subtotals: **$35,295.83**   **$510.33**

Exhibit 9
Page:   3

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-45984 | |
| **Case Name:** | BAHARY, STEVEN H. | |
| **Taxpayer ID #:** | **-***4218 | |
| **For Period Ending:** | 08/03/2018 | |

| | |
|---|---|
| **Trustee Name:** | Michael Desmond (330623) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0466 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Chicago, IL 60604 | | | | | |
| 12/11/14 | {21} | City of Chicago, Dept. of Finance<br>333 South State Street, Suite 320<br>Chicago, IL 60604 | Payment from Wage Garnishment of Abdul Jones matter (Bahary v. Abdul Jones, The Cigar Stop, 11 M1 723924)  This will be ongoing. | 1249-000 | 535.39 | | 209,639.47 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 331.92 | 209,307.55 |
| 01/12/15 | {21} | City of Chicago, Dept. of Finance<br>333 South State Street, Suite 320<br>Chicago, IL 60604 | Payment from Wage Garnishment of Abdul Jones matter (Bahary v. Abdul Jones, The Cigar Stop, 11 M1 723924) | 1249-000 | 535.39 | | 209,842.94 |
| 01/12/15 | {21} | City of Chicago, Dept. of Finance<br>333 South State Street, Suite 320<br>Chicago, IL 60604 | Payment from Wage Garnishment of Abdul Jones matter (Bahary v. Abdul Jones, The Cigar Stop, 11 M1 723924) | 1249-000 | 535.39 | | 210,378.33 |
| 01/30/15 | {21} | City of Chicago, Dept. of Finance<br>333 South State Street, Suite 320<br>Chicago, IL 60604 | Payment from Wage Garnishment of Abdul Jones matter (Bahary v. Abdul Jones, The Cigar Stop, 11 M1 723924) | 1249-000 | 548.25 | | 210,926.58 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 301.92 | 210,624.66 |
| 02/10/15 | {21} | City of Chicago, Dept. of Finance<br>333 South State Street, Suite 320<br>Chicago, IL 60604 | Payment from Wage Garnishment of Abdul Jones matter (Bahary v. Abdul Jones, The Cigar Stop, 11 M1 723924) | 1249-000 | 540.75 | | 211,165.41 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 283.09 | 210,882.32 |
| 03/09/15 | {21} | City of Chicago, Dept. of Finance<br>333 South State Street, Suite 320<br>Chicago, IL 60604 | Payment from Wage Garnishment of Abdul Jones matter (Bahary v. Abdul Jones, The Cigar Stop, 11 M1 723924) | 1249-000 | 540.75 | | 211,423.07 |
| 03/09/15 | {21} | City of Chicago, Dept. of Finance<br>333 South State Street, Suite 320<br>Chicago, IL 60604 | Payment from Wage Garnishment of Abdul Jones matter (Bahary v. Abdul Jones, The Cigar Stop, 11 M1 723924) | 1249-000 | 540.75 | | 211,963.82 |
| 03/09/15 | {21} | City of Chicago, Dept. of Finance<br>333 South State Street, Suite 320<br>Chicago, IL 60604 | Payment from Wage Garnishment of Abdul Jones matter (Bahary v. Abdul Jones, The Cigar Stop, 11 M1 723924) | 1249-000 | 951.35 | | 212,915.17 |
| 03/23/15 | {21} | City of Chicago, Dept. of Finance<br>333 South State Street, Suite 320<br>Chicago, IL 60604 | Payment from Wage Garnishment of Abdul Jones matter (Bahary v. Abdul Jones, The Cigar Stop, 11 M1 723924) | 1249-000 | 540.75 | | 213,455.92 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 325.77 | 213,130.15 |

**Page Subtotals:** **$5,268.77**    **$1,242.70**

**Form 2**

Exhibit 9
Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 13-45984 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | BAHARY, STEVEN H. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4218 | Account #: | ******0466 Checking Account |
| For Period Ending: | 08/03/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/21/15 | {21} | City of Chicago, Dept. of Finance<br><br>333 South State Street, Suite 320<br>Chicago, IL 60604 | Payment from Wage Garnishment of Abdul Jones matter (Bahary v. Abdul Jones, The Cigar Stop, 11 M1 723924) | 1249-000 | 540.75 | | 213,670.90 |
| 04/29/15 | {21} | City of Chicago, Dept. of Finance<br><br>333 South State Street, Suite 320<br>Chicago, IL 60604 | Payment from Wage Garnishment of Abdul Jones matter (Bahary v. Abdul Jones, The Cigar Stop, 11 M1 723924) | 1249-000 | 540.75 | | 214,211.65 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 306.73 | 213,904.92 |
| 05/07/15 | {21} | City of Chicago, Dept. of Finance<br><br>333 South State Street, Suite 320<br>Chicago, IL 60604 | Payment from Wage Garnishment of Abdul Jones matter (Bahary v. Abdul Jones, The Cigar Stop, 11 M1 723924) | 1249-000 | 540.75 | | 214,445.67 |
| 05/20/15 | {21} | City of Chicago, Dept. of Finance<br><br>333 South State Street, Suite 320<br>Chicago, IL 60604 | Payment from Wage Garnishment of Abdul Jones matter (Bahary v. Abdul Jones, The Cigar Stop, 11 M1 723924) | 1249-000 | 540.75 | | 214,986.42 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 298.08 | 214,688.34 |
| 06/08/15 | {21} | City of Chicago, Dept. of Finance<br><br>333 South State Street, Suite 320<br>Chicago, IL 60604 | Payment from Wage Garnishment of Abdul Jones matter (Bahary v. Abdul Jones, The Cigar Stop, 11 M1 723924) | 1249-000 | 540.75 | | 215,229.09 |
| 06/24/15 | {21} | City of Chicago, Dept. of Finance<br><br>333 South State Street, Suite 320<br>Chicago, IL 60604 | Payment from Wage Garnishment of Abdul Jones matter (Bahary v. Abdul Jones, The Cigar Stop, 11 M1 723924) | 1249-000 | 540.75 | | 215,769.84 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 330.05 | 215,439.79 |
| 07/08/15 | {21} | City of Chicago, Dept. of Finance<br><br>333 South State Street, Suite 320<br>Chicago, IL 60604 | Payment from Wage Garnishment of Abdul Jones matter (Bahary v. Abdul Jones, The Cigar Stop, 11 M1 723924) | 1249-000 | 540.75 | | 215,980.54 |
| 07/23/15 | {21} | City of Chicago, Dept. of Finance<br><br>333 South State Street, Suite 320<br>Chicago, IL 60604 | Payment from Wage Garnishment of Abdul Jones matter (Bahary v. Abdul Jones, The Cigar Stop, 11 M1 723924) | 1249-000 | 540.75 | | 216,521.29 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 320.95 | 216,200.34 |
| 08/10/15 | {21} | City of Chicago, Dept. of Finance<br><br>333 South State Street, Suite 320<br>Chicago, IL 60604 | Payment from Wage Garnishment of Abdul Jones matter (Bahary v. Abdul Jones, The Cigar Stop, 11 M1 723924) | 1249-000 | 540.75 | | 216,741.09 |
| 08/17/15 | 102 | United States Treasury<br><br>Internal Revenue Service Center | 2014 Form 1041 - TIN 30-6414218 | 2810-000 | | 23,389.00 | 193,352.09 |

Page Subtotals: **$4,866.75** **$24,644.81**

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page:   5

## Cash Receipts And Disbursements Record

| Case No.: | 13-45984 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | BAHARY, STEVEN H. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4218 | Account #: | ******0466 Checking Account |
| For Period Ending: | 08/03/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Cincinnati, OH 45999-0148 | | | | | |
| 08/17/15 | 103 | Illinois Department of Revenue<br><br>P.O. Box 19053<br>Springfield, IL 62794-9053 | 2014 Form  IL-1041   TIN 30-6414218 | 2820-000 | | 9,878.00 | 183,474.09 |
| 08/24/15 | {21} | City of Chicago, Dept of Finance<br><br>333 South State St, Suite 320<br>Chicago, IL 60604 | Payment from wage garnishment of Abdul Jones Matter (Bahary v. Abdul Jones, The Cigar Shop) 11-M1-723924 | 1249-000 | 540.75 | | 184,014.84 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 294.02 | 183,720.82 |
| 09/14/15 | {21} | City of Chicago, Dept of Finance<br><br>333 South State St, Suite 320<br>Chicago, IL 60604 | Payment from wage garnishment of Abdul Jones Matter (Bahary v. Abdul Jones, The Cigar Shop) 11-M1-723924 | 1249-000 | 540.75 | | 184,261.57 |
| 09/28/15 | {21} | City of Chicago, Dept of Finance<br><br>333 South State St, Suite 320<br>Chicago, IL 60604 | Wage Garnishment Payment from Abdul Jones matter | 1249-000 | 540.75 | | 184,802.32 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 282.31 | 184,520.01 |
| 10/08/15 | | State of Illinois Department of Revenue<br><br>P.O. Box 19053<br>Springfield, IL 62794-9053 | Refund of overpayment from 2014 Illinois State estate tax return | 2820-000 | | -19.38 | 184,539.39 |
| 10/13/15 | {21} | City of Chicago, Dept of Finance<br><br>333 South State St, Suite 320<br>Chicago, IL 60604 | Wage Garnishment payment from Abdul Jones | 1249-000 | 540.75 | | 185,080.14 |
| 10/27/15 | {21} | City of Chicago, Dept of Finance<br><br>333 South State St, Suite 320<br>Chicago, IL 60604 | Wage Garnishment Payment - Abdul Jones Matter | 1249-000 | 540.75 | | 185,620.89 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 265.89 | 185,355.00 |
| 11/09/15 | {21} | City of Chicago, Dept of Finance<br><br>333 South State St, Suite 320<br>Chicago, IL 60604 | Wage Garnishment Payment from Abdul Jones matter | 1249-000 | 540.75 | | 185,895.75 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 258.18 | 185,637.57 |
| 12/01/15 | {21} | City of Chicago, Dept of Finance<br><br>333 South State St, Suite 320<br>Chicago, IL 60604 | Wage Garnishment Payment - Abdul Jones Matter | 1249-000 | 540.75 | | 186,178.32 |

**Page Subtotals:** $3,785.25    $10,959.02

**Form 2**

Exhibit 9
Page:   6

## Cash Receipts And Disbursements Record

| Case No.: | 13-45984 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | BAHARY, STEVEN H. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4218 | Account #: | ******0466 Checking Account |
| For Period Ending: | 08/03/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/11/15 | {21} | City of Chicago, Dept of Finance<br><br>333 South State St, Suite 320<br>Chicago, IL 60604 | Wage Garnishment Payment - Abdul Jones Matter | 1249-000 | 540.75 | | 186,719.07 |
| 12/22/15 | | United States Treasury<br><br>Internal Revenue Service<br>Kansas City, MO 64999 | Refund of Overpayment - 2014 Form 1041 (Federal Taxes) | 2810-000 | | -2,191.35 | 188,910.42 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 295.77 | 188,614.65 |
| 01/05/16 | {21} | City of Chicago, Dept of Finance<br><br>333 South State St, Suite 320<br>Chicago, IL 60604 | Wage Garnishment Payment - Abdul Jones Matter | 1249-000 | 151.76 | | 188,766.41 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 261.72 | 188,504.69 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 261.38 | 188,243.31 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 297.06 | 187,946.25 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 260.60 | 187,685.65 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 260.24 | 187,425.41 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 295.76 | 187,129.65 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 259.47 | 186,870.18 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 294.85 | 186,575.33 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 267.62 | 186,307.71 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 258.33 | 186,049.38 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 284.69 | 185,764.69 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 266.46 | 185,498.23 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 284.54 | 185,213.69 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 248.64 | 184,965.05 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 274.91 | 184,690.14 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 247.94 | 184,442.20 |

Page Subtotals:     **$692.51**     **$2,428.63**

**Form 2**

Exhibit 9
Page: 7

## Cash Receipts And Disbursements Record

| Case No.: | 13-45984 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | BAHARY, STEVEN H. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4218 | Account #: | ******0466 Checking Account |
| For Period Ending: | 08/03/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 291.82 | 184,150.38 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 264.87 | 183,885.51 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 255.67 | 183,629.84 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 290.55 | 183,339.29 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 254.91 | 183,084.38 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 280.89 | 182,803.49 |
| 11/06/17 | 104 | Figliulo & Silverman, P.C.<br><br>10 S. LaSalle St., Suite 3600<br>Chicago, IL 60603 | Trustee Attorney's Fees Per order dated November 1, 2017 | 3110-000 | | 54,201.50 | 128,601.99 |
| 11/06/17 | 105 | Figliulo & Silverman, P.C.<br><br>10 S. LaSalle St., Suite 3600<br>Chicago, IL 60603 | Trustee Attorney's Expenses Per order dated November 1, 2017 | 3120-000 | | 854.28 | 127,747.71 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 210.14 | 127,537.57 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 177.32 | 127,360.25 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 201.50 | 127,158.75 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 170.70 | 126,988.05 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 182.65 | 126,805.40 |
| 06/08/18 | 106 | Popowcer Katten Ltd<br><br>35 E. Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Distribution payment - Dividend paid at 100.00% of $2,568.00; Claim # Accountant; Filed: $2,568.00 | 3410-000 | | 2,568.00 | 124,237.40 |
| 06/08/18 | 107 | Figliulo & Silverman, P.C.<br><br>10 S. LaSalle St., Suite 3600<br>Chicago, IL 60603 | Distribution payment - Dividend paid at 100.00% of $6,800.00; Claim # Atty for Trustee; Filed: $6,800.00 | 3110-000 | | 6,800.00 | 117,437.40 |
| 06/08/18 | 108 | Michael K. Desmond<br><br>10 South La Salle St.<br>3600<br>Chicago, IL 60603 | Distribution payment - Dividend paid at 100.00% of $45,472.30; Claim # FEE; Filed: $45,472.30 | 2100-000 | | 45,472.30 | 71,965.10 |
| 06/08/18 | 109 | Figliulo & Silverman, P.C.<br><br>10 S. LaSalle St., Suite 3600<br>Chicago, IL 60603 | Distribution payment - Dividend paid at 100.00% of $15.26; Claim # ; Filed: $15.26 | 3120-000 | | 15.26 | 71,949.84 |

Page Subtotals: $0.00  $112,492.36

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                                    ! - transaction has not been cleared

Exhibit 9
Page:   8

## Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-45984 | |
| **Case Name:** | BAHARY, STEVEN H. | |
| **Taxpayer ID #:** | **-***4218 | |
| **For Period Ending:** | 08/03/2018 | |

| | |
|---|---|
| **Trustee Name:** | Michael Desmond (330623) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0466 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/08/18 | 110 | Discover Bank<br><br>DB Servicing Corporation, PO Box 3025 New Albany, OH 43054-3025 | Distribution payment - Dividend paid at 10.10% of $4,917.09; Claim # 1 -2; Filed: $4,917.09 | 7100-000 | | 496.86 | 71,452.98 |
| 06/08/18 | 111 | Discover Bank<br><br>DB Servicing Corporation, PO Box 3025 New Albany, OH 43054-3025 | Distribution payment - Dividend paid at 10.10% of $9,184.37; Claim # 2; Filed: $9,184.37 | 7100-000 | | 928.05 | 70,524.93 |
| 06/08/18 | 112 | American Express Bank, FSB<br><br>c o Becket and Lee LLP, POB 3001 Malvern, PA 19355-0701 | Distribution payment - Dividend paid at 10.10% of $6,903.91; Claim # 4; Filed: $6,903.91 | 7100-000 | | 697.61 | 69,827.32 |
| 06/08/18 | 113 | American Express Centurion Bank<br><br>c o Becket and Lee LLP, POB 3001 Malvern, PA 19355-0701 | Distribution payment - Dividend paid at 10.10% of $3,955.82; Claim # 5; Filed: $3,955.82 | 7100-000 | | 399.72 | 69,427.60 |
| 06/08/18 | 114 | Wells Fargo Bank, National Association<br><br>P.O. Box 29482, MAC 4101-08C Phoenix, AZ 85038-8650 | Distribution payment - Dividend paid at 10.10% of $37,581.29; Claim # 6; Filed: $37,581.29 | 7100-000 | | 3,797.45 | 65,630.15 |
| 06/08/18 | 115 | PNC BANK National Association<br><br>PO BOX 94982 CLEVELAND, OH 44101 | Distribution payment - Dividend paid at 10.10% of $5,025.14; Claim # 7; Filed: $5,025.14 | 7100-000 | | 507.77 | 65,122.38 |
| 06/08/18 | 116 | PYOD, LLC its successors and assigns as assignee<br><br>of Citibank, N.A., Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 | Distribution payment - Dividend paid at 10.10% of $4,366.03; Claim # 8; Filed: $4,366.03 | 7100-000 | | 441.17 | 64,681.21 |
| 06/08/18 | 117 | The Huntington National Bank<br><br>Dan Stokes, 501 W. North Avenue Melrose Park, IL 60160 | Distribution payment - Dividend paid at 10.10% of $640,114.56; Claim # 9; Filed: $1,178,436.87 | 7100-000 | | 64,681.21 | 0.00 |

|  |  | | |
|---|---|---|---|
| **COLUMN TOTALS** | | 225,777.11 | 225,777.11 | $0.00 |
| Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| **Subtotal** | | 225,777.11 | 225,777.11 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $225,777.11 | $225,777.11 | |

**Form 2**

Exhibit 9
Page:   9

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 13-45984 | **Trustee Name:** | Michael Desmond (330623) |
| **Case Name:** | BAHARY, STEVEN H. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***4218 | **Account #:** | ******0466 Checking Account |
| **For Period Ending:** 08/03/2018 | | **Blanket Bond (per case limit):** $5,000,000.00 | |
| | | **Separate Bond (if applicable):** N/A | |

| | |
|---|---|
| Net Receipts: | $225,777.11 |
| Plus Gross Adjustments: | $618,668.81 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $844,445.92 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0466 Checking Account | $225,777.11 | $225,777.11 | $0.00 |
| | **$225,777.11** | **$225,777.11** | **$0.00** |

| | |
|---|---|
| 08/03/2018 | /s/Michael Desmond |
| Date | Michael Desmond |